# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARCUS VERNELL COLEMAN** | : | **DOCKET NO. 17-cv-1628** |
| **D.O.C. # 322817** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES** |
| **DARRYL VANNOY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent determination of the issues and review of the record, including the plaintiff's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED** that the instant civil rights complaint be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(i). The clerk is instructed to send a copy of this judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** in Chambers this 7th day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE